## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 3 | **DATE** | 2/27/2008 |
| **CASE TITLE** | USA vs. Ramon Ignacio Acedo | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/27/08 as to Ramon Ignacio Acedo (3). For the reasons stated in open court, Government's oral motion to detain defendant is denied. Bond Hearing set for 2/28/08 at 1:30 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | yp |
|---|---|---|