# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 3 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Ramon Ignacio Acedo | | |

**DOCKET ENTRY TEXT**

Case called for bond hearing on 2/28/08 as to Ramon Ignacio Acedo (3). Ignacio Acedo from Tucson, Arizona shall be admonished before Magistrate Judge Jacqueline Marshall set for 4:00 p.m. on 2/28/08 at Evo A. DeConcini U.S. Courthouse, 405 W. Congress Street Ste. 6650, Courtroom 6E, Tucson, AZ 85701. Defendant shall remain in custody until further notice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|