# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 3 | **DATE** | 2/29/2008 |
| **CASE TITLE** | USA vs. Ramon Ignacio Acedo | | |

**DOCKET ENTRY TEXT**

Enter Order Setting Conditions of Release dated 2/28/08. Defendant having met the conditions of release. Therefore, defendant shall be release from custody.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|