**FILED** *#2*
MAR. 13, 2008
MAR 13 2008

*Felony*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS
UNITED STATES DISTRICT COURT                                                      **JUDGE GETTLEMAN**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES ☒ If the answer is "Yes", list the case number and title of the earliest filed complaint:

   US v. Maria Avila Efal Valdez, 08CR140

   **MAGISTRATE JUDGE VALDEZ**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒    YES ☐    If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?                    NO ☒    YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒    YES ☐    If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?        NO ☒    YES ☐

6) What level of offense is this indictment or information?    **FELONY ☒    MISDEMEANOR ☐**

7) Does this indictment or information involve eight or more defendants?                       NO ☒    YES ☐

8) Does this indictment or information include a conspiracy count?                             NO ☐    YES ☒

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide . . . . . . . . . . . (II) | ☐ Income Tax Fraud . . . . . . . . (II) | X DAPCA Controlled Substances . (III) |
| ☐ Criminal Antitrust . . . . . . (II) | ☐ Postal Fraud . . . . . . . . . (II) | ☐ Miscellaneous General Offenses . (IV) |
| ☐ Bank robbery . . . . . . . . (II) | ☐ Other Fraud . . . . . . . . . (III) | ☐ Immigration Laws . . . . . . . (IV) |
| ☐ Post Office Robbery . . . . (II) | ☐ Auto Theft . . . . . . . . . (IV) | ☐ Liquor, Internal Revenue Laws . . (IV) |
| ☐ Other Robbery . . . . . . . (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws . . . . . . . (IV) |
| ☐ Assault . . . . . . . . . . . (III) | ☐ Forgery . . . . . . . . . (III) | ☐ Motor Carrier Act . . . . . . . (IV) |
| ☐ Burglary . . . . . . . . . . (IV) | ☐ Counterfeiting . . . . . . . . (III) | ☐ Selective Service Act . . . . . . (IV) |
| ☐ Larceny and Theft . . . . . (IV) | ☐ Sex Offenses . . . . . . . . (II) | ☐ Obscene Mail . . . . . . . . . (III) |
| ☐ Postal Embezzlement . . . . (IV) | ☐ DAPCA Marijuana . . . . . . . (III) | ☐ Other Federal Statutes . . . . . . (III) |
| ☐ Other Embezzlement . . . . (III) | ☐ DAPCA Narcotics . . . . . . . (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    Count 1: 21 USC § 846 and Count 2: 21 USC § 841(a)(1)

    **CHRISTOPHER K. VEATCH**
    **Assistant United States Attorney**

(Revised 12/99)