Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE GETTLEMAN** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0140 | DATE | MARCH 13, 2008 |
| CASE TITLE | US v. MARIA AVILA, et al | | **MAGISTRATE JUDGE VALDEZ** |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge **Ashman**

Docket Entry:

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO MARIA AVILA AND RAMON ACEDO. NO BOND SET, DETAINED BY MAGISTRATE AS TO RAFAEL QUIJADA-QUIJADA.

**FILED**

MAR 1 3 2008
MAR. 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Date docketed | |
| No notices required. | | | Docketing | |
| Notices mailed by judge's staff. | | | dpty. initials | |
| Notified counsel by telephone. | | | Date mailed notice | |
| Docketing to mail notices | | | | |
| Mail AO 450 form. | | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |