IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 140-3 |
| v. ) | Hon. Maria Valdez |
| ) | |
| RAMON IGNACIO ACEDO ) | |

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

The Federal Defender Program and its attorney ALISON SIEGLER respectfully request that Ms. Siegler be allowed to withdraw and that BETH GAUS of the Federal Defender Program be permitted to substitute as counsel for defendant RAMON ACEDO. In further support, we state as follows:

1. On February 16, 2008, the Federal Defender Program was appointed to represent defendant Ramon Acedo. Alison Siegler, a staff attorney for the Federal Defender Program, has represented Mr. Acedo since that date.

2. Ms. Siegler respectfully requests that she be permitted to withdraw and that Beth Gaus of the Federal Defender Program be permitted to substitute as counsel for Mr. Acedo.

WHEREFORE, we respectfully request that the Court grant this motion to withdraw and substitute counsel.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director


By:  s/Alison Siegler
       Alison Siegler

ALISON SIEGLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8350

**CERTIFICATE OF SERVICE**

      The undersigned, Alison Siegler , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on March 19 , 2007, to counsel/parties that are non-ECF filers.


      By:    s/Alison Siegler  
                ALISON SIEGLER  
                FEDERAL DEFENDER PROGRAM  
                55 E. Monroe St., Suite 2800  
                Chicago, Illinois 60603  
                (312) 621-8350