IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 140-3 |
| v. | ) | Hon. Maria Valdez |
| | ) | |
| RAMON IGNACIO ACEDO | ) | |

## NOTICE OF MOTION

To: Christopher K. Veatch
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604

Please take notice that on Tuesday, April 1, 2008, at 10:00 a.m., I shall appear before the Honorable Maria Valdez at the Dirksen Federal Building, 219 S. Dearborn Street, courtroom 1300 and shall present the attached motion:

- **MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

    Respectfully submitted,
    FEDERAL DEFENDER PROGRAM
    Terence F. MacCarthy
    Executive Director

    By:   s/Alison Siegler
          Alison Siegler

ALISON SIEGLER
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, Illinois 60603
(312) 621-8350