IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 140-3 |
| v.   ) | Hon. Maria Valdez |
| ) | |
| RAMON IGNACIO ACEDO ) | |

**AGREED MOTION TO CONTINUE ARRAIGNMENT**

Defendant RAMON IGNACIO ACEDO, by the Federal Defender Program and its attorney BETH GAUS, respectfully moves this Court to continue the arraignment in this case from March 21, 2008, to April 3, 2008, at 2 p.m. or later, or to another afternoon that is convenient for the Court. The government is in agreement with this motion. In support of this motion, defendant states as follows:

1. Mr. Acedo's initial appearance was held on February 16, 2008, and this Court subsequently released him on bond. Among other conditions of release, Mr. Acedo was permitted to reside at his home in the Tucson, Arizona area.

2. Mr. Acedo's arraignment has been scheduled for this Friday, March 21, 2008, at 10 a.m.

3. A continuance to the afternoon of another date is necessary because Mr. Acedo will be flying to Chicago from his residence in Arizona, and it would be most efficient and cost-effective if he could fly to and from Chicago on the same day, thus avoiding having to request additional funds for him to stay in Chicago overnight. If Mr. Acedo flew to and from Chicago on the day on which his arraignment is currently set, he would not be able to make it to Chicago by

1

10 a.m., which is the time at which his arraignment is currently scheduled.

4.	Assistant United States Attorney Christopher K. Veatch is in agreement with this motion to continue the arraignment.

WHEREFORE, it is respectfully requested that the arraignment currently set for March 21, 2008, be continued to 2 p.m. or later on April 3, 2008, or to another afternoon that is convenient for the Court.

> Respectfully submitted,
> FEDERAL DEFENDER PROGRAM
> Terence F. MacCarthy
> Executive Director
>
> By: __s/Beth Gaus_____
>         Beth Gaus

BETH GAUS
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL  60603
(312) 621-8342

**CERTIFICATE OF SERVICE**

The undersigned, Beth Gaus , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**AGREED MOTION TO CONTINUE ARRAIGNMENT**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on March 19 , 2008, to counsel/parties that are non-ECF filers.

By:   s/Beth Gaus
BETH GAUS
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8342