IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 140-3 |
| v. | ) | Hon. Maria Valdez |
| | ) | |
| RAMON IGNACIO ACEDO | ) | |

## NOTICE OF MOTION

To:    Christopher K. Veatch
       Assistant United States Attorney
       219 S. Dearborn St., 5th Floor
       Chicago, Illinois 60604

   Please take notice that on Tuesday, April 1, 2008, at 10:00 a.m., I shall appear before the Honorable Maria Valdez at the Dirksen Federal Building, 219 S. Dearborn Street, courtroom 1300 and shall present the attached motion:

-    **AGREED MOTION TO CONTINUE ARRAIGNMENT**

                                            Respectfully submitted,
                                            FEDERAL DEFENDER PROGRAM
                                            Terence F. MacCarthy
                                            Executive Director

                                    By:    s/Beth Gaus
                                                Beth Gaus

BETH GAUS
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, Illinois  60603
(312) 621-8342