# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 3 | **DATE** | 3/19/2008 |
| **CASE TITLE** | USA vs. Ramon Ignacio Acedo | | |

**DOCKET ENTRY TEXT**

Alison Siegler's Motion to withdraw as counsel for defendant and substitute to permit Beth Gaus as counsel for defendant Ramon Ignacio Acedo (3). Presentment date of 4/1/08 is stricken.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | yp |
|---|---|---|