*HHN*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 3 | **DATE** | 3/20/2008 |
| **CASE TITLE** | USA vs. Ramon Ignacio Acedo | | |

## DOCKET ENTRY TEXT

Enter Agreed Order that Defendant Ramon Ignacio Acedo shall be provided with round-trip non-custodial airline transportation by the United States Marshal's Service, pursuant to 18 U.S.C. §4285, to and from his court appearance scheduled for Thursday 4/3/08 at 1:30 p.m. Clerk of the court is directed to provide U.S. Marshals with certified copy(s) of this order forthwith.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | yp |
|---|---|---|