MHN

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 140-3 |
| v. | ) | Hon. Maria Valdez |
| | ) | |
| RAMON IGNACIO ACEDO | ) | |

## AGREED ORDER

By agreement of the parties, it is hereby ordered that Defendant Ramon Ignacio Acedo shall be provided with round-trip non-custodial airline transportation by the United States Marshals' Service, pursuant to 18 U.S.C. § 4285, to and from his court appearance scheduled for Thursday, April 3, 2008, at 1:30 p.m., in the United States District Court for the Northern District of Illinois. Specifically, the U.S. Marshals Service shall provide defendant with a round-trip plane ticket for defendant to travel from Tucson, Arizona to Chicago, Illinois, and back, for the purpose of attending court on Thursday, April 3, 2008, at 1:30 p.m. Federal Defender Program attorney Beth Gaus (ph: 312-621-8342; fax: 312-621-8399) and her assistant Isela Antunez (312-621-8302) are further ordered to provide the Marshals' Service with any additional information or assistance the Marshals' Service may require in order to effectuate this order.

_____
Judge Maria Valdez

DATED: 3/20/08