IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 140-3 |
| v. | ) | Hon. Maria Valdez |
| | ) | |
| RAMON IGNACIO ACEDO | ) | |

### AGREED AMENDED ORDER

By agreement of the parties, it is hereby ordered that Defendant Ramon Ignacio Acedo shall be provided with round-trip non-custodial airline transportation by the United States Marshals' Service, pursuant to 18 U.S.C. § 4285, to and from his court appearance scheduled for Thursday, April 3, 2008, at 1:30 p.m., in the United States District Court for the Northern District of Illinois. This court appearance, which is an arraignment, will last no longer than 15 minutes; therefore, the U.S. Marshals' Service is ordered to purchase the return ticket, as well, before defendant travels to Chicago. Specifically, the U.S. Marshals' Service shall provide defendant with a round-trip plane ticket for defendant to travel from Tucson, Arizona to Chicago, Illinois, and back, for the purpose of attending his arraignment on Thursday, April 3, 2008, at 1:30 p.m. If the arrival and departure flights cannot be arranged for the same day, the U.S. Marshals' Service is ordered to reimburse the Federal Defender Program for any expenses incurred with lodging and meals for defendant. Federal Defender Program attorney Beth Gaus (ph: 312-621-8342; fax: 312-621-8399) and her assistant, Isela Antunez (312-621-8302), are further ordered to provide the U.S. Marshals' Service with any additional information or assistance the U.S. Marshals' Service may require in order to effectuate this order.

_____
Judge Maria Valdez

DATED: 3/20/08