## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 140 - 3 | **DATE** | 4/3/2008 |
| **CASE TITLE** | USA vs. Ramon Ignacio Acedo | | |

**DOCKET ENTRY TEXT**

Case called for Arraignment on 4/3/08 as to Ramon Ignacio Acedo (3).  Defendant having failed to appear for arraignment.  Based on the representation of Pretrial Service Report dated 3/24/08, the Court hereby revokes the bond as previously set.   BENCH WARRANT issued as to Ramon Ignacio Acedo for failure to comply with the conditions of release set forth and failure to appear for arraignment on 4/3/08.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:06

| | Courtroom Deputy Initials: | yp |
|---|---|---|