UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | No.   08 CR 140-3 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| RAMON IGNACIO ACEDO | ) | |

### GOVERNMENT'S MOTION FOR
### DECLARATION OF BOND FORFEITURE

The United States of America, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and pursuant to Fed. R. Crim. P. 46(f), respectfully requests that the Court declare defendant RAMON IGNACIO ACEDO's bond forfeited, and states as follows:

1.	On or about February 29, 2008, defendant was released on a $50,000 bond secured by the real property located at 4725 W. Vista Del Santa Rita, Amado, Arizona 85645, owned by surety Ignacio Acedo.  (*See* Dkts. 30, 31, and 33.)

2.	Pursuant to the forfeiture agreement, surety Ignacio Acedo agreed that, among other things, his equitable interest in the above-described property may be forfeit to the United States should defendant willfully fail to appear for Court.  (*See* Dkt. 33.)

3.	On April 3, 2008, defendant failed to appear before Magistrate Judge Maria Valdez for his arraignment, and Judge Valdez ordered defendant's bond revoked and that a bench warrant be issued.  (Dkt. 71.)

4.	Defendant's last contact with the Pretrial Services Office was on March 6, 2008.  Defendant's present whereabouts are unknown.

5.      Based on defendant's failure to follow the conditions of his pretrial release by, among other things, failing to appear for his arraignment, the United States seeks entry of an order forfeiting the defendant's bond secured by the real property located at 4725 W. Vista Del Santa Rita, Amado, Arizona 85645.

WHEREFORE, the government respectfully requests this Honorable Court to enter an order declaring the bond posted in the present action forfeit.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By:    s/ Christopher K. Veatch
    CHRISTOPHER K. VEATCH
    Assistant U.S. Attorney
    219 S. Dearborn St., 5th Floor
    Chicago, Illinois  60604
    (312) 886-3389

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

Government's Motion for Declaration of Bond Forfeiture,

was served on May 21, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers. In addition, a copy of this document will be sent to the following individual(s) by first class U.S. Mail on May 22, 2008:

Ignacio Acedo
4725 W. Vista Del Santa Rita
Amado, Arizona 85645

s/ Christopher K. Veatch
CHRISTOPHER K. VEATCH
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-3389