| Order Form (01/2005) | | | | |
|---|---|---|---|---|
| United States District Court, Northern District of Illinois | | | | |

*MHN*

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 Cr 140 -3 | DATE | 5/29/2008 |
| CASE TITLE | USA    vs    Ignacdio Acedo | | |

**DOCKET ENTRY TEXT:**

Government's motion for declaration of bond forfeiture is granted and the bond posted for the release of defendnt Ramon Ignacio Acedo is hereby forfeit.

[For further detail see separate order]
[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|