UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | No.   08 CR 140-3 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| RAMON IGNACIO ACEDO | ) | |

### ORDER DECLARING A FORFEITURE OF BOND

This matter coming before the Court on the government's Motion for Declaration of Bond Forfeiture, and the Court, being fully advised, finds that it appears that defendant RAMON IGNACIO ACEDO has failed to abide by the conditions of his pretrial release by failing to appear for Court proceedings as directed.

Accordingly, it is hereby, ORDERED, DIRECTED and ADJUDGED:

The government's Motion for Declaration of Bond Forfeiture is granted and the bond posted for the release of defendant RAMON IGNACIO ACEDO is hereby forfeit.

*Robert W. Gettleman*

JUDGE ROBERT W. GETTLEMAN
United States District Court Judge

DATED: MAY 29, 2008