UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 08 CR 140-3 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| RAMON IGANCIO ACEDO ) | |

**GOVERNMENT'S MOTION FOR ENTRY OF DEFAULT**
**JUDGMENT ON BOND FORFEITURE AGREEMENT**

The United States of America, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and pursuant to Fed. R. Crim. P. 46(f) and Title 18 United States Code Section 3146(d), respectfully requests that the Court enter a default judgment on defendant RAMON IGANCIO ACEDO's bond forfeiture agreement relating to certain property, and states as follows:

1. On or about February 29, 2008, defendant was released on a $50,000 bond secured by the real property located at 4725 W. Vista Del Santa Rita, Amado, Arizona 85645 ("Vista Del Santa Rita property"), owned by surety Ignacio Acedo. (*See* Dkts. 30, 31, and 33.)

2. As a condition of the defendant's release, surety Iganco Acedo executed a forfeiture agreement and quitclaim deed for the Vista Del Santa Rita property. Pursuant to the forfeiture agreement, surety Ignacio Acedo agreed that, among other things, his equitable interest in the Vista Del Santa Rita property, described legally as follows, may be forfeit to the United States should defendant wilfully fail to appear for Court, (*see* Dkt. 33):

LOT 123 OF LAKEWOOD ESTATES, A SUBDIVISION OF PIMA

COUNTY, ARIZONA, ACCORDING TO THE MAP OR PLAT THEREOF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, IN BOOK 17 OF MAPS AND PLATS AT PAGE 94 THEREOF.

Permanent Real Estate Index Number: 304-32-13705.

3. The forfeiture agreement was recorded with the Pima County Recorder's Office in Tucson, Arizona, on March 6, 2008. (Exhibit A)

4. On April 3, 2008, defendant failed to appear before Magistrate Judge Maria Valdez for his arraignment, and Judge Valdez ordered defendant's bond revoked and that a bench warrant be issued. (Dkt. 71.)

5. Defendant's last contact with the Pretrial Services Office was on March 6, 2008. Defendant's present whereabouts are unknown.

6. On May 29, 2008, upon the government's motion, the Court declared the bond forfeit.

WHEREFORE, the government respectfully requests this Honorable Court to enter an order directing as follows:

    a. that a default judgment in the amount of $50,000 for the full amount of the bond be entered against defendant RAMON IGNACIO ACEDO;

    b. that this Court enter an order declaring the real property located at 4725 W. Vista Del Santa Rita, Amado, Arizona 85645 forfeit, and direct the United States Marshal Service to sell the real property posted as security for the bond, so that the proceeds of such sale or disposition may be applied toward satisfaction of the judgment arising from the bond;

    c. that the Clerk of the Court shall release the quitclaim deed for the real

        property located at 4725 W. Vista Del Santa Rita, Amado, Arizona 85645 to the United States so that the deed may be recorded, transferring ownership of the real property to the United States; and

d.    that this Court shall retain jurisdiction of this matter to enter any orders necessary to effect this default judgment.

A proposed order will be submitted to the Court's proposed order electronic mailbox.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:    s/ Christopher K. Veatch
        CHRISTOPHER K. VEATCH
        Assistant U.S. Attorney
        219 S. Dearborn St., 5th Floor
        Chicago, Illinois  60604
        (312) 886-3389

**CERTIFICATE OF SERVICE**

       The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S MOTION FOR ENTRY OF DEFAULT
JUDGMENT ON BOND FORFEITURE AGREEMENT**,

and a copy of the proposed order, was served on August 27, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers. In addition, a copy of this document will be sent to the following individual(s) by first class U.S. Mail on August 27, 2008:

    Ignacio Acedo
    4725 W. Vista Del Santa Rita
    Amado, Arizona 85645

                                                  s/ Christopher K. Veatch
                                                  CHRISTOPHER K. VEATCH
                                                  Assistant United States Attorney
                                                  219 S. Dearborn Street, 5th Floor
                                                  Chicago, Illinois 60604
                                                  (312) 886-3389