F. ANN RODRIGUEZ, RECORDER
RECORDED BY: C_V
    DEPUTY RECORDER
    1016    PE3

FEDER
USA-FEDERAL RECORDINGS
219 S DEARBORN 5TH FL
CHICAGO IL  60604

DOCKET:    13257
PAGE:    2447
NO. OF PAGES:    4
SEQUENCE:    20080450531
    03/06/2008
AFFFOR    16:05

MAIL
AMOUNT PAID  $  8.00



RECORDING REQUEST BY:

UNITED STATES

WHEN RECORDED MAIL TO

Name: Katie Miller
U.S. Attorney's Office
MAILING ADDRESS: 219 South Dearborn
5th Floor

CITY, STATE, ZIP CODE: Chicago, Illinois
60604

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# TITLE(S)

### Recording of Forfeiture Agreement

### United States of America v. Ramon Acedo, 08 CR 140-3 (U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION)

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 08 CR 140-3 |
| | ) |
| RAMON ACEDO, | ) Judge Maria Valdez |
| | ) |

## FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on February 27, 2008, and for and in consideration of bond being set by the Court for defendant Ramon Acedo in the above-captioned case, the below-signed hereby warrant and agree as follows:

1.  That Ignacio Acedo, a married man, as his sole separate property holds interest in fee simple title to certain real property commonly known as 4725 W. Vista Del Santa Rita, Amado, AZ 85645, and described legally as follows:

> LOT 123 OF LAKEWOOD ESTATES, A SUBDIVISION OF PIMA COUNTY, ARIZONA, ACCORDING TO THE MAP OR PLAT THEREOF OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, IN BOOK 17 OF MAPS AND PLATS AT PAGE 94 THEREOF.

Permanent Real Estate Index Number: 304-32-13705

2.  The property is worth over $127,000. The subject property is subject to a mortgage worth approximately $76,231.

3.  Ignacio Acedo agrees that his equitable interest in the above-described real property may be forfeit to the United States of America should the defendant, Ramon Acedo, willfully fail to appear for Court or for service of any sentence imposed in this case, or willfully violate any

condition of release related to drug usage or drug treatment. Ignacio Acedo further understands and agrees that, if defendant Ramon Acedo should willfully fail to appear or violate a condition related to drug usage and drug treatment, and his equity in the property is less than the bond amount of $50,000, he will be liable to pay any negative difference between the bond amount of $50,000 and his equitable interest in the property, and Ignacio Acedo hereby agrees to entry of a default judgment against him for the amount of any such difference. Ignacio Acedo has received a copy of the Court's release order and understands its terms and conditions. Further, Ignacio Acedo understands that the only notice he will receive is notice of court proceedings.

4. The Parties further agree that the United States shall file and record a copy of this Forfeiture Agreement with the Pima County Recorder of Deeds as notice of encumbrance in the amount of the bond.

5. Ignacio Acedo has executed a quitclaim deed in favor of the United States of America, waiving any homestead exemption, and this deed shall be held by the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, for safekeeping until further order of the Court. All parties understand that if defendant Acedo fails to appear for Court or service of sentence as directed, the United States will obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

6. Ignacio Acedo further agrees that he will maintain the subject property in good repair, pay all taxes, continue to pay any pre-existing mortgages, and obligations thereon when due, and will take no action which could encumber the real property or diminish his interest

therein, including any effort to sell or otherwise convey the property without leave of Court.

7.  Ignacio Acedo further understands that if he has knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant Acedo, he is subject to felony prosecution for making false statements and making a false declaration under penalty of perjury.

8.  Ignacio Acedo hereby declares under penalty of perjury that he has read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 2/27/08

Ignacio Acedo
SURETY

Date: 2/27/08

Witness

Sworn to and subscribed before me this 27th day of February, 2008.

_____
NOTARY PUBLIC



OFFICIAL SEAL
LINDA K. HUGHES
NOTARY PUBLIC - State of Arizona
SANTA CRUZ COUNTY
My Comm. Expires Dec. 8, 2011

3