UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 08 CR 140-3 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| RAMON IGANCIO ACEDO ) | |

## NOTICE OF MOTION

To:   ECF FILERS

Ignacio Acedo
4725 W. Vista Del Santa Rita
Amado, Arizona 85645

PLEASE TAKE NOTICE that on THURSDAY, SEPTEMBER 11, 2008, at 9:15 A.M., or as soon thereafter as counsel may be heard, I will appear before Judge Robert W. Gettleman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**GOVERNMENT'S MOTION FOR ENTRY OF DEFAULT
JUDGMENT ON BOND FORFEITURE AGREEMENT**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    /s/ Christopher K. Veatch
CHRISTOPHER K. VEATCH
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-3389

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

## NOTICE OF MOTION

was served on August 27, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers. In addition, a copy of this document will be sent to the following individual(s) by first class U.S. Mail on August 27, 2008:

Ignacio Acedo
4725 W. Vista Del Santa Rita
Amado, Arizona 85645

s/ Christopher K. Veatch
CHRISTOPHER K. VEATCH
Assistant United States Attorney
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-3389